# Court of Appeals
# of the State of Georgia

ATLANTA, December 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1812. ELKHODARY v. ALDRIDGE.**

We granted Mohamed Elkhodary's application for discretionary appeal from an award of attorney fees under OCGA § 9-15-14. After careful review of the entire record in the underlying divorce action and the post-judgment proceeding, as well as the applicable law, we conclude that the application was improvidently granted. Accordingly, it is ordered that the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/16/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*